01
02
03
04
05
06                     UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08 UNITED STATES OF AMERICA,     )
                                 )   CASE NO. MJ 19-471
09       Plaintiff,             )
                                 )
10     v.                      )
                               )   DETENTION ORDER
11 SERGIO FRANCISCO SANDOVAL,   )
                               )
12       Defendant.          )
   _____ )
13

14 <u>Offense charged</u>:     Distribution of Methamphetamine

15 <u>Date of Detention Hearing</u>:    October 16, 2019.

16       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably assure

19 the appearance of defendant as required and the safety of other persons and the community.

20       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21       1.     Defendant has been charged with a drug offense, the maximum penalty of which

22 is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

01 both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

02     2.     Defendant is a United States citizen with ties to family in this country and in
03 Mexico. His employment activity is inconsistent. His criminal record includes active bench
04 warrants for failure to appear for hearing in a DWLS matter. Defense counsel indicates he
05 believes the defendant's license was suspended for failure to pay child support. Defendant
06 could not provide the address of his proposed release address with his girl friend, but proposes
07 living with his uncle. The proposed release address is in the vicinity of the alleged drug
08 trafficking activity. A large quantity of methamphetamine was involved in the alleged
09 distribution, as well as the trafficking of ten firearms, some of which had been altered to be
10 untraceable. The instant charges carry a mandatory minimum sentence of five years. The
11 AUSA proffers that the quantity of drugs involved may warrant charges carrying a mandatory
12 minimum sentence of ten years.

13     3.     Taken as a whole, the record does not effectively rebut the presumption that no
14 condition or combination of conditions will reasonably assure the appearance of the defendant
15 as required and the safety of the community.

16 It is therefore ORDERED:

17     1. Defendant shall be detained pending trial and committed to the custody of the Attorney
18        General for confinement in a correction facility separate, to the extent practicable, from
19        persons awaiting or serving sentences or being held in custody pending appeal;

20     2. Defendant shall be afforded reasonable opportunity for private consultation with
21        counsel;

22     3. On order of the United States or on request of an attorney for the Government, the person

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>16th</u> day of October, 2019.


_____
Mary Alice Theiler
United States Magistrate Judge